PL300 4029

FILED
2012 MAY 31  AM 11: 0_

ROBERT N. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NATHAN D. STIMSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12CV 271 |
| ) | |
| v. ) | Trial By Jury Demanded |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, a corporation, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT AND JURY DEMAND

The Plaintiff, NATHAN D. STIMSON, by his attorneys, Robert B. Thompson, Laurence C. Acker and Robert E. Harrington III of Harrington, Thompson, Acker & Harrington, Ltd., and complaining of the Defendant, Norfolk Southern Railway Company, a corporation, (hereinafter "NSRC") states:

1. Jurisdiction of this court as to Plaintiff, NATHAN D. STIMSON, and Defendant, NSRC, is invoked under the provisions of Title 45 U.S.C. §56 and Title 28 U.S.C. §1331.

2. The Defendant, NSRC, was at all times relevant to this cause of action and is a corporation engaged in operating a railroad as a common carrier engaged in interstate commerce between the various states of the United States, including the Northern District of Ohio.

3. Venue for this cause of action exists in the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. §1391(b).

4. At the times and places alleged herein, Plaintiff was employed by Defendant

1

as a conductor, and his duties as such were in furtherance of interstate commerce for Defendant.

5. At the time and place aforesaid, both the Plaintiff, NATHAN D. STIMSON, and the Defendant, NSRC, were subject to an Act of Congress commonly known as the Federal Employers' Liability Act, Title 45 U.S.C. §§ 51-60.

6. On or about October 6, 2009, Plaintiff sustained injury while in the employ of the NSRC at or near Lafayette, Indiana.

7. At the time and place aforesaid, Plaintiff was performing switching operations in Defendant's yard located in Lafayette, Indiana.

8. At the time and place aforesaid, pursuant to his duties, Plaintiff was required to dismount from a railroad car after applying a hand brake. The ground in the area where Plaintiff was required to dismount from aid railroad car was covered with debris, including discarded railroad material.

9. At the time and place aforesaid, the debris covered ground in the area where Plaintiff was required to dismount from said railroad car was a hazardous condition.

10. At the time and place aforesaid, as Plaintiff was attempting to dismount from said railroad car, he was caused to be injured as a result of the above described unsafe conditions.

11. Plaintiff was acting at all times alleged herein within the scope of his employment and in furtherance of business of Defendant, NSRC.

12. At the time and place aforesaid, the Defendant had a duty under the Federal Employers Liability Act, 45 U.S.C. §51-60, <u>et seq.</u> to provide Plaintiff with a reasonably safe place to work

2

13. At the time and place aforesaid, the Defendant was negligent and violated the Federal Employers' Liability Act, in one or more of the following respects:

    a. In failing to provide the Plaintiff with a reasonably safe place to work;

    b. In failing to use reasonably safe methods and procedures with regard to the maintenance of ground areas where Plaintiff was required to walk in the performance of his duties;

    c. In directing Plaintiff to work at a location which was not properly maintained;

    d. In failing to warn Plaintiff that there were unsafe conditions in the area where employees were required to work;

    e. In failing to maintain the ground areas and remove debris from areas where it was reasonably foreseeable that employees would be required to dismount from railroad cars;

    f. In failing to adequately inspect the ground conditions in yard areas where Plaintiff was directed to perform his assigned duties;

    g. In failing to provide a walk area comprised of level ground suitable for walking;

    h. In failing to comply with railroad industry standards and guidelines regarding the maintenance of ground conditions in yard areas where brakeman including the Plaintiff, were required to work to perform their assigned duties;

    i. In failing to comply with custom and practice in the railroad industry regarding the maintenance of ground conditions in yard areas where brakeman including the Plaintiff were required to walk to perform their assigned duties;

    j. In allowing unsafe practices to become common practices;

    k. In failing to provide Plaintiff with a brake stick to perform his switching duties;

    l. In failing to use a reasonably safe method of operation in its switching operations.

3

13. The Plaintiff, NATHAN D. STIMSON, sustained personal injuries, disability, pain and suffering, medical expenses, wage loss, and other recoverable damages supported by the evidence and permitted by law, resulting in whole or in part from one or more of the careless and negligent acts and/or omissions of the Defendant, NSRC.

WHEREFORE, the Plaintiff seeks judgment in an amount sufficient to satisfy the jurisdictional limitations of this Court, plus whatever amount the Court and the jury shall proper as compensatory damages, plus the costs of this lawsuit and other recoverable damages as permitted by law.

Respectfully submitted,

Robert B. Thompson
Laurence C. Acker
Robert E. Harrington III (No. 24616-45)
Harrington, Thompson, Acker & Harrington, Ltd
180 N. Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 332-8811
(312) 332-2027 Fax
htah@harringtonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NATHAN D. STIMSON, | ) |
| Plaintiff, | ) Case No. |
| v. | ) Trial By Jury Demanded |
| NORFOLK SOUTHERN RAILWAY COMPANY, a corporation, | ) |
| Defendant. | ) |

## JURY DEMAND

NOW COMES the Plaintiff, NATHAN D. STIMSON, by his attorneys, Harrington, Thompson, Acker & Harrington, Ltd. and NATHAN D. STIMSON hereby demands trial by jury.

Respectfully submitted,

*Robert B. Thompson* (signature)
Robert B. Thompson
Laurence C. Acker
Robert E. Harrington III (No. 24616-45)
Harrington, Thompson, Acker & Harrington, Ltd
180 N. Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 332-8811
(312) 332-2027 Fax
htah@harringtonlaw.com