AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

NATHAN D STIMSON
             Plaintiff(s)

v.   **Civil Action No.**   3:12-cv-271

NORFOLK SOUTHERN RAILWAY COMPANY
             Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the plaintiff _____ recover from the defendant _____ the amount of _____ _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X**  Other:    This case is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs, unless otherwise provided in the settlement documents.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge   James T. Moody

DATE:    11/24/2014                                           ROBERT TRGOVICH, CLERK OF COURT

                                                                                           /s/R. Covey
                                                                             by_____
                                                                                  *Signature of Clerk or Deputy Clerk*